

# NUMBER 13-17-00420-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TRACE BRITTON ADAMS,**                                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                **Appellee.**

---

### On Appeal from the 377th District Court
### of Victoria County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on pro se appellant's motion to correct inaccuracies in the reporter's record. The reporter's record was filed on September 25, 2017. Appellant requests that this Court correct inaccuracies in the reporter's record. Specifically, appellant states that two objections to the trial court's jury charge were

omitted from the reporter's record. Additionally, appellant states that counsel's request to add penal code language, the trial court's ruling, and defendant's objection regarding the request, were omitted from the record.

Texas Rule of Appellate Procedure 34.6(e)(3) provides that if a dispute arises after the reporter's record has been filed in the appellate court, the Court may submit the dispute to the trial court for resolution. *See* TEX. R. APP. P. 34.6 (e)(3). If the trial court finds any inaccuracy, it shall order the court reporter to conform the reporter's record, including any text and exhibits, to what occurred in the trial court, and to file certified corrections in this Court. *See* Tex. R. App. P. 34.6(e)(2).

Accordingly, we CARRY WITH THE CASE appellant's motion to correct the inaccuracies in the reporter's record. This appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to settle the dispute regarding the inaccuracy the reporter's record. If the court finds any inaccuracy, it shall order the court reporter to conform the reporter's record, including any text and exhibits, to what occurred in the trial court, and to file certified corrections in this Court. *See* Tex. R. App. P. 34.6(e)(2).

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of November, 2017.